IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY CLARK,<br><br>   *Plaintiff*,<br><br>v.<br><br>FAMILY VIDEO, INC.,<br><br>   *Defendant*. | Civil Action No. 2:20-cv-886<br><br>Hon. William S. Stickman IV |

## ORDER TO SHOW CAUSE

The complaint in the above-captioned matter was filed on June 16, 2020. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of a summons and the complaint must be effectuated upon all named defendants within ninety (90) days of the filing of the complaint, with proof of the same being filed with the Court. To date, no return of service has been filed. Therefore, IT IS HEREBY ORDERED this 17th day of September 2020, that Plaintiff show cause by **October 1, 2020**, why this matter should not be dismissed for failure to prosecute. Show Cause Response due by **October 1, 2020**.

              BY THE COURT:

              /s/ *William S. Stickman IV*
              WILLIAM S. STICKMAN IV
              UNITED STATES DISTRICT JUDGE